In 1986, this Court, in Otwell v. Bryant, 497 So.2d 111
(Ala. 1986), held that a "mistake in judgment" instruction was not prejudicial error. The Code section cited and relied upon by the majority was adopted in 1975 and was in the Code at the time of Otwell v. Bryant.
Although, at first blush, it appears that the instruction could be misleading, upon reflection I conclude that it is a correct statement of the law when professionals are charged with malpractice.
For example, a lawyer who makes a judgment call in settling a case, or in taking one juror over another, should not be liable simply because the course chosen through the exercise of his professional judgment turned out to be "wrong," i.e., while professionally acceptable conduct, nevertheless turned out to produce a result less desirable than another course would have produced.
STEAGALL, J., concurs.